%JS 45 (5/97) - (Revised U S D C  MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** I    **Investigating Agency** ICE/DEA

**City** WATERTOWN    **Related Case Information:**

**County** MIDDLESEX

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  11-MJ-1037-RBC
Search Warrant Case Number  SEE ATTACHED SHEET
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Nicolas ANTHIS    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Montreal, Canada

Birth date (Yr only): 1970   SSN (last4#): ___   Sex ___   Race: ___   Nationality: ___

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA Neil J. Gallagher, Jr.    Bar Number if applicable _____

Interpreter: ☐ Yes ☐ No    List language and/or dialect: _____

Victims: ☐ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/19/2011    Signature of AUSA: _____

JS 45 (5/97) (Revised U S D C MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Nicolas ANTHIS

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1001 | Making a Material False Statement | 7 |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 8 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011 wpd - 3/25/2011

ATTACHMENT TO JS-45

Prior Criminal Complaints
11MJ-1037-RBC
11M-5125-JGD
11M-5126-JGD

Prior Search Warrants
10M-1144-JGD
11M-5117-JGD
11M-5118-JGD
11M-5119-JGD
11M-5120-JGD
11M-5121-JGD
11M-5122-JGD
11M-5123-JGD
11M-5124-JGD
11M-5127-JGD
11M-5131-JGD
11M-5132-JGD
11M-5133-JGD